UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER MCARTHUR,<br>　　　Plaintiff, | No. 3:20-cv-1005 (SRU) |
| 　　　v. | |
| EBM VINTAGE AND CIVVIES,<br>　　　Defendant. | |

### JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of EBM Vintage and Civvies' ("EBM") Motion to Dismiss. Doc. No. 16.

The court having considered all papers filed in conjunction with the motion, granted EBM's Motions to Dismiss. Accordingly, judgment shall enter in favor of EBM.

It is therefore ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of EBM against McArthur and the case is closed.

Dated at Bridgeport, Connecticut this 31 day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　　Dinah Milton Kinney, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kathi Torres
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Entered on Docket: 3/31/2022